# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Andrew L. Carter Jr.          **DATE :**   11/22/11

DOCKET NUMBER:   11-1144M                LOG #:  11:36 – 12:05

DEFENDANT'S NAME :   Allan Richardson
✓ Present   ___ Not Present       ✓ Custody   ___ Bail

DEFENSE COUNSEL :   Peter Kirchheimer
✓ Federal Defender   __ CJA   ___ Retained

A.U.S.A:   Nadia Shihata            DEPUTY CLERK :   Felix Chin

INTERPRETER :                     (Language)

__Detention__ Hearing held. __Detention + Identity__ Hearing adjourned to 11/28/11 @ 11:00 AM

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____  Start_____  Stop_____

___ Order of Speedy Trial entered.   Code Type____  Start_____  Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Dfse counsel presented a bail package; govt opposed; court denied application. Order of detention entered.